HIGHLAND PARK STATE BANK *et al.*, receivers, *v*. BOARD OF EDUCATION OF PULASKI COUNTY *et al*.

ATKINSON, Presiding Justice. On its facts this case is in all respects substantially similar to those involved in the case of *Frank G. Wright Co.* v. *Board of Education of Ben Hill County*, 186 *Ga*. 438 (200 S. E. 790). It was held in that case that the action was barred by the statute of limitations. That ruling applies to the allegations in the instant case. The judge did not err in sustaining a general demurrer to the petition as amended. *Judgment affirmed. All the Justices concur.*

No. 12580. MARCH 8, 1939.

*W. B. Smith,* for plaintiffs.
*H. F. Lawson* and *Roger H. Lawson,* for defendants.